

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

In the Interest of I.M. and A.M., Children

No. 06-21-00002-CV

Appeal from the 307th District Court of Gregg County, Texas (Tr. Ct. No. 2016-2149-DR). Memorandum Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We note that the appellant has adequately indicated her inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED MAY 19, 2021
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk